UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LAURI FARRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-cv-565-CCS |
| | ) | |
| FINCHUM SPORTS FLOORS, a sole proprietorship, and LARRY FINCHUM, an individual, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 36].

Now before the Court is a Joint Motion to Amend Scheduling Order [Doc. 48]. The parties state that despite their diligence in conducting discovery in this matter, the Defendant's deposition could not be held until April 28, 2017, due to his serious health problems that arose. The parties state that the Plaintiff believes more discovery is needed but due to the Defendant's health, it may take a longer amount of time to address such issues. The parties state that the dispositive motion deadline in this case is May 27, 2017. The parties request that the discovery and dispositive motion deadlines be extended until July 27, 2017. The parties state that the requested extensions will not interfere with the trial or other deadlines.

By way of background, the Court notes that this case was filed on December 5, 2014, which is over two years ago. The parties consented to the undersigned on May 17, 2016, [Doc. 36] and were given a new trial date with new deadlines. [Doc. 42]. Subsequently, on January 19, 2017,

the Court continued the dispositive motion deadline and the trial upon the request of the parties. [Doc. 45]. The parties have now requested another extension of the deadlines.

Given the age of this case, the Court finds the parties' request not well-taken, in part. The Court will grant the parties until June 27, 2017, to file any dispositive motions, which will provide the Court with sufficient time to consider and rule upon such motions before the pretrial conference on October 30, 2017. The Court will not "extend" the discovery deadline to July 27, 2017, because it is already set 60 days before trial. *See* Doc. 42 at ¶ 4(i) ("All discovery, including the taking of depositions 'for evidence' shall be completed by sixty (60) days before trial."). Accordingly, the Joint Motion to Amend Scheduling Order [**Doc. 48**] is **GRANTED IN PART AND DENIED IN PART**. The Court further orders that dispositive motions shall be filed on or before **June 27, 2017,** and that all discovery shall be completed in this case by **September 7, 2017**. The Court will not grant any further extensions of the deadlines absent extraordinary circumstances.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge