UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LAURI FARRELL, an Individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-565-DCP |
| | ) | |
| FINCHUM SPORTS FLOORS, a Sole Proprietorship, and LARRY FINCHUM, an Individual, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 15].

Now before the Court is a Joint Motion to Continue Trial and Reschedule Discovery and Corresponding Deadlines [Doc. 65]. For grounds, the parties explain that they are currently engaging in good-faith efforts to resolve this matter. The parties request that the Court reschedule the trial to a date that is convenient for the Court and that the corresponding discovery and other deadlines be recalculated to the new trial date.

The Court has considered the parties' request and finds good cause to continue the trial in this matter. Accordingly, the Joint Motion to Continue Trial and Reschedule Discovery and Corresponding Deadlines [**Doc. 65**] is **GRANTED**. The trial in this matter **SHALL** be continued to **August 28, 2018**. The parties **SHALL** appear before the Court on **August 21, 2018, at 1:30 p.m.**, for a pretrial conference. All unexpired deadlines, as of the date of the parties' Motion, shall be recalculated to the new trial date. Finally, the Court observes that this case was filed in

2014, and the parties have requested multiple trial continuances and deadline extensions that affected the trial date. *See* [Docs. 22, 46, 57]. The Court **ADMONISHES** the parties that it will not grant another trial extension, absent extraordinary circumstances.

    **IT IS SO ORDERED**.

                          ENTER:

                          */s/ Debra C. Poplin*
                          Debra C. Poplin
                          United States Magistrate Judge