UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LAURI FARRELL, an Individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-565-DCP |
| | ) | |
| FINCHUM SPORTS FLOORS, a Sole Proprietorship, and LARRY FINCHUM, an Individual, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 15].

Now before the Court is a Joint Motion to Continue Trial [Doc. 72]. For grounds, the parties explain that one of Plaintiff's attorneys is experiencing serious health conditions that will impact pre-trial preparations. The parties appeared telephonically before the Court on July 3, 2018, to address the Joint Motion. Attorney Paula Jackson appeared on behalf of Plaintiff. Attorney Arthur Knight appeared on behalf of Defendants.

During the telephonic conference, the Court expressed concern with continuing the trial given the age of this case. The parties reported to the Court that they have reached a tentative settlement agreement and agreed that they could file their stipulation of dismissal within thirty (30) days. Accordingly, the Joint Motion to Continue Trial [**Doc. 72**] is **GRANTED**, and the trial set for **August 28, 2018**, is hereby **CANCELLED**. If the parties do not file a stipulation of dismissal

within thirty (30) days, they **SHALL** appear before the Court on **August 21, 2018, at 1:30 p.m.,** for a status conference.

      **IT IS SO ORDERED**.

                              ENTER:

                              _____
                              Debra C. Poplin
                              United States Magistrate Judge